## 34977. DELGADO v. DELGADO.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

ARGUED JUNE 11, 1979 — DECIDED SEPTEMBER 5, 1979.

*Mark J. Kadish, Rhonda Brofman,* for appellant.
*Paul Cadenhead, Emily S. Bair,* for appellee.